IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL KELLER, Individually and as Executrix of the ESTATE OF HOWARD A. KELLER, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| FEASTERVILLE FAMILY HEALTH CARE CENTER, JOHN HOWELL PENISTON and STEVEN M. ROSENBERG, | : : : : | NO. 07-CV-2309 |
| Defendant. | : | |

## ORDER

AND NOW, this 29th day of May, 2008, upon consideration of the following motions and responses, and for the reasons stated in the accompanying memorandum opinion, it is hereby ORDERED that:

1. Plaintiff's motion in limine to preclude portions of Dr. Barry Rovner's testimony (Document No. 33) is DENIED.

2. Plaintiff's motion in limine to preclude portions of Dr. David E. Epstein's testimony (Document No. 34) is DENIED.

3. Plaintiff's motion in limine to preclude portions of Dr. Arthur McTighe's testimony (Document No. 36) is GRANTED, in part.

4. Plaintiff's motion in limine to preclude portions of Dr. John Spandorfer's testimony (Document No. 37) is DENIED.

5. Defendants' motion in limine to preclude portions of Dr. Richard Callery's testimony (Document No. 29) is DENIED.

6. Defendants' motion in limine to preclude portions of Dr. Christopher A. Haines' testimony (Document No. 30) is DENIED.

7. Defendants' motion in limine to preclude Dr. Wendy Forman's testimony (Document No. 31) is GRANTED.

8. Defendants' motion in limine to preclude recovery or presentation of evidence of damages involving Plaintiff's lost wages, medical expenses and depression caused by the grief over the decedent's death (Document No. 32) is GRANTED.

BY THE COURT:

\s\ TIMOTHY R. RICE
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE